

FILED

11/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0407

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0407

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MICHAEL BRANDON BREAREY,

    Defendant and Appellant.

FILED

NOV 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Appellant Michael Brandon Brearey appeals the June 24, 2019 Dispositional Order of the Eighteenth Judicial District Court, Gallatin County, that revoked his deferred imposition of sentence in that court's Cause No. DC-16-294B.

The State had petitioned to revoke Brearey's deferred sentence because it alleged he committed two violations of the conditions of his probation. On appeal, Brearey argues that the District Court should not have revoked his deferred sentence because the State had not exhausted all remedies of the Montana Incentives Intervention Grid. Brearey further asserts his counsel was ineffective.

The State has filed a Notice of Concession. Although it maintains it does not agree with all the arguments advanced by Brearey, it concedes this Court should reverse the District Court's revocation of Brearey's deferred sentence and remand this matter to the District Court for the setting of a new revocation hearing.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that the Dispositional Order of June 24, 2019, is REVERSED. The revocation of Brearey's deferred sentence in Cause No. DC-16-294B

of the Eighteenth Judicial District Court, Gallatin County, is VACATED. This matter is remanded with instructions for the District Court to set a new revocation hearing.

Dated this 4th day of November, 2020.

_____

_____

_____

_____

_____
Justices